UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Application of<br><br>IOAN MICULA,<br>VIOREL MICULA,<br>S.C. EUROPEAN FOOD S.A.,<br>S.C. STARMILL S.R.L., and<br>S.C. MULTIPACK S.R.L.,<br>　　　　　　　　　　　　Petitioners,<br><br>　　v.<br><br>THE GOVERNMENT OF ROMANIA,<br>　　　　　　　　　　　　Respondent. | Civil Action No. 1:17-cv-02332-APM |

**NOTICE OF SUPPLEMENTAL AUTHORITY
OF *AMICUS CURIAE* THE EUROPEAN COMMISSION**

In its filing of July 5, 2019, the European Commission noted that the statutory deadline for the Commission to appeal the judgment of the General Court of the European Union in *European Food S/A et al. v. European Commission*, Cases T-624/15, T-694/15, and T-704/15 (June 18, 2019), was August 28, 2019.  *See* Resp. of *Amicus Curiae* The European Commission to Notice of Supp. Auth. (ECF No. 76), at 4.  The Commission wishes to inform the Court that, on August 27, 2019, it filed an appeal of the General Court's judgment with the Court of Justice.  The court's acknowledgment of receipt of that appeal is attached as Exhibit A.

1

|  |  |
|---|---|
| DATED: September 5, 2019 | Respectfully submitted,<br><br>/s/ Catherine E. Stetson<br>Catherine E. Stetson (D.C. Bar No. 453221)<br>Mitchell P. Reich (D.C. Bar No. 1044671)<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>(202) 637-5600<br><br><u>Of Counsel</u>:<br>Paolo Stancanelli<br>Paul-John Loewenthal<br>Tim Maxian Rusche<br>Nicolaj Kuplewatzky<br>LEGAL SERVICE OF THE EUROPEAN COMMISSION<br>Rue de la Loi 200<br>B-1049 Brussels<br>Belgium<br>+32 2 29 91 378<br><br>*Attorneys for Amicus Curiae*<br>*the European Commission* |

**EXHIBIT A**



COURT OF JUSTICE
OF THE
EUROPEAN UNION

Registry

04/09/19

n° 5

Mr Tim Maxian Rusche
Mr Paul-John Loewenthal
European Commission
Service juridique
Greffe contentieux (BERL 1/169)
200, rue de la Loi / Wetstraat 200
B - 1049 Bruxelles / Brussel

1125687 EN
e-Curia

## Case C-638/19 P

**European Commission**
**The other parties to the proceedings being**
**European Food SA and Others**
**Viorel Micula and Others**
**Kingdom of Spain**
**Hungary**

*Acknowledgment of receipt*

The Registrar acknowledges receipt of the appeal brought by **European Commission** against the judgment delivered on 18/06/2019 by the General Court (Second Chamber, Extended Composition) in joined cases T-624/15, T-694/15 and T-704/15.

The appeal was lodged at the Registry of the Court on 27/08/2019 and registered under serial number **C-638/19 P.**

The Registrar draws your attention to the fact that all the documents in the case must be lodged during the written part of the procedure. Once that procedure is closed, the lodging of pleadings, documents or exhibits is permitted only in exceptional cases, after express authorisation by the Court and prior notification to the other parties.

Matija Longar
Administrator

Telephone : (352) 43031
Fax : (352) 433766
E-mail : ecj.registry@curia.europa.eu
Website : http://www.curia.europa.eu

All correspondence to be addressed to:
**Court of Justice of the European Union**
Registry
**L - 2925 LUXEMBOURG**

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 5, 2019, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Catherine E. Stetson