# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Application of<br><br>IOAN MICULA,<br>VIOREL MICULA,<br>S.C. EUROPEAN FOOD S.A.,<br>S.C. STARMILL S.R.L., and<br>S.C. MULTIPACK S.R.L.,<br><br>                        *Petitioners*,<br><br>v.<br><br>THE GOVERNMENT OF ROMANIA,<br><br>                        *Romania*. | Civil Action No. 17-CV-02332-APM |

## RESPONSE OF PETITIONERS TO *AMICUS CURIAE* THE EUROPEAN COMMISSION'S NOTICE OF SUPPLEMENTAL AUTHORITY

Petitioners Ioan Micula, Viorel Micula, S.C. European Food S.A., S.C. Starmill S.R.L., and S.C. Multipack S.R.L. (collectively, "Petitioners"), by and through their undersigned counsel, respectfully submit this response to *Amicus Curiae* the European Commission's (the "EC") Notice of Supplemental Authority regarding its appeal of the General Court of the European Union's decision in *European Food S/A et al. v. European Commission*, Cases T-624/15, T-694/15, and T-704/15.  ECF No. 84.

Petitioners write to inform the Court that their response regarding the effects of this appeal is outlined in their prior submissions.  *See* ECF No. 82 at 2-3; ECF No. 82-1 (Decl. of Sir Nicholas Forwood) at ¶¶ 6-10.  As Petitioners noted in those submissions, the EC's appeal does nothing to suspend the General Court's June 18, 2019 judgment, which is considered "final" and produces immediate legal effects.  *See id.*  Petitioners also wish to inform the Court that the EC

has decided not to seek interim measures suspending the effects of the June 18 Judgment pending its appeal. *See* Exhibit A (Aug. 13, 2019 Ltr. from the EC) ("The Commission's decision does not however include an instruction that its Agents seek interim relief against the General Court's judgment."). In short, the EC's appeal provides no reason to further delay proceedings here, nor does it pose any barrier to this Court confirming the Award and entering a judgment in Petitioners' favor.

Should this Court require additional information regarding the foregoing issues, Petitioners remain at the Court's disposal.

Dated: Washington, D.C.
September 9, 2019

WHITE & CASE LLP

By: */s/ Francis A. Vasquez, Jr.*
Francis A. Vasquez, Jr. [Bar # 442161]
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
fvasquez@whitecase.com

-and-

Jacqueline L. Chung
Laura A. Grai
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
jacqueline.chung@whitecase.com
laura.grai@whitecase.com

*Counsel for Petitioners Ioan Micula, S.C. European Food S.A., S.C. Starmill S.R.L., and S.C. Multipack S.R.L.*

DENTONS US LLP

By: */s/ John W. Lomas, Jr.*
John W. Lomas, Jr. [Bar # 976555]
Daniel Morris [Bar # 1018371]
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7500
Facsimile: (202) 408-6399
john.lomas@dentons.com
daniel.morris@dentons.com

*Counsel for Petitioner Viorel Micula*