# EXHIBIT D

| | |
|---|---|
| **From:** | Vasquez, Francis |
| **Sent:** | Tuesday, November 12, 2019 2:14 PM |
| **To:** | ioana Salajanu |
| **Cc:** | Lomas, Jr., John W.; Chung, Jacqueline; Grai, Laura |
| **Subject:** | RE: Micula v. Romania |

Dear Ioana,

We would like to schedule a meet and confer on these interrogatories as required by FRCP 37. I've conferred with John Lomas and we are both available on Monday, Tuesday or Wednesday mornings of next week. Please let us know what would work best for you and we will schedule it and circulate a dial-in.

Many thanks,

Frank

**Francis Vasquez** | Partner
**T** +1 202 626 3603     **M** +1 703 362 2750     **E** fvasquez@whitecase.com
White & Case LLP | 701 Thirteenth Street, NW | Washington, DC 20005-3807

**From:** ioana Salajanu <sedeidu@yahoo.com>
**Sent:** Friday, November 1, 2019 12:14 AM
**To:** Vasquez, Francis <fvasquez@whitecase.com>
**Cc:** Lomas, Jr., John W. <john.lomas@dentons.com>; Chung, Jacqueline <jacqueline.chung@whitecase.com>; Grai, Laura <laura.grai@whitecase.com>
**Subject:** Re: Micula v. Romania

Counsel,

Please find attached the Government of Romania's Response to Petitioners' First Set of Post-Judgment Interrogatories to Romania.

A hardcopy of such will arrive at your offices via Fed Ex.

Please contact with any questions.

Ioana Salajanu

On Tuesday, October 1, 2019, 12:43:34 PM CDT, Vasquez, Francis <fvasquez@whitecase.com> wrote:


Dear Ioana,


Please find attached the Claimants' First Set of Post-judgment Interrogatories. They are also being served via UPS.

1

Best regards,

Frank

**Francis Vasquez**  |  Partner

T  +1 202 626 3603     M  +1 703 362 2750     E  fvasquez@whitecase.com

White & Case LLP  |  701 Thirteenth Street, NW  |  Washington, DC 20005-3807

==========================================================================

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


==========================================================================