## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Application of<br><br>IOAN MICULA,<br>VIOREL MICULA,<br>S.C. EUROPEAN FOOD S.A.,<br>S.C. STARMILL S.R.L., and<br>S.C. MULTIPACK S.R.L.,<br><br>      *Petitioners*,<br><br>  v.<br><br>THE GOVERNMENT OF ROMANIA,<br><br>      *Respondent*. | Civil Action No. 17-CV-02332-APM |

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PETITIONERS' OPPOSITION TO ROMANIA'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B)(5)

Petitioners Ioan Micula, Viorel Micula, S.C. European Food S.A., S.C. Starmill S.R.L., and S.C. Multipack S.R.L. (collectively, "Petitioners"), by and through their undersigned counsel, respectfully submit the High Court of Romania's (the "High Court") June 25, 2020 decision rejecting Respondent the Government of Romania's ("Romania") appeal of the annulment of the tax set-off against Petitioner S.C. European Food S.A. ("European Food") as supplemental authority in support of their Opposition to Romania's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(5).  ECF No. 143 (the "Opposition").  A copy of the notice of the High Court's decision is attached as Exhibit A.[1]  This

---

[1]  On June 25, 2020, the High Court issued its decision orally and noted that decision on its website; Exhibit A contains an excerpt from the High Court's website along with a translation of that excerpt into English.  The High Court will also prepare a written opinion explaining its

decision confirms that Romania's claim that 20% of the judgment on Petitioners' arbitration award (the "Judgment") has been satisfied via a tax set-off against European Food in Romanian proceedings is without merit.

In Romania's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(5) (the "Satisfaction Motion," ECF No. 138), Romania argued that 20% of the Judgment should be considered satisfied because the Bucharest Court of Appeals "ruled that European Food SA's debt was considered fully paid by the NAFA set-off." ECF No. 138 at 11-12; *see also* ECF No. 149 at 8-10. In their Opposition, Petitioners explained that this was not the case, as (i) the set-off against European Food's tax liabilities had been previously annulled by the Oradea Court of Appeals, and a decision regarding the validity of that annulment remained pending at the High Court; and (ii) the claimed right to a set-off was made under Romanian law, and no such right existed under U.S. law, which is the law applicable to the Judgment. ECF No. 143 at 16-17; *see also id.* at 5-11.

The High Court has now resolved the appeal of the annulment of the set-off and has rejected Romania's claim that the annulment was invalid. *See* Exhibit A (stating that the High Court "rejects the appeal declared by" the Romanian National Agency for Fiscal Administration "as ungrounded."). Petitioners' Judgment therefore cannot be said to have been "satisfied" in any part on the basis of the tax set-off.[2] Thus, as Petitioners explained in their Opposition, the payments made by Romania to date account for only approximately $213 million of the $356 million due under the Judgment, leaving $143 million (plus post-judgment interest) still unpaid.

---

ruling, and Petitioners will provide the Court with a copy of that written opinion once available.

[2] Indeed, as Petitioners have previously explained, *see* ECF No. 143 at 17, when Mazilu and Associates, the entity that created the report that was the basis for Romanian enforcement proceedings, closed their execution file, they specifically noted that if the High Court affirmed the annulment of the set-off, "the right of the creditor [European Food] to request the payment of the amounts owed under the ICSID Decision will be reinstated." *See* ECF No. 138-7 at 1.

ECF No. 143 at 4.  Accordingly, Romania's Satisfaction Motion should be denied in its entirety.[3]


Dated:  July 3, 2020
      Washington, D.C.

By: */s/ Francis A. Vasquez, Jr.*
    Francis A. Vasquez, Jr. [Bar # 442161]
    F.A. VASQUEZ CONSULTING
    2109 Arrowleaf Drive
    Vienna, VA 22182
    Telephone: (571) 363-7747
    frank@favasquez.com

By: */s/ Hansel T. Pham*
    Hansel T. Pham [Bar # 489203]
    WHITE & CASE LLP
    701 Thirteenth Street, N.W.
    Washington, DC 20005
    Telephone: (202) 626-3600
    hpham@whitecase.com

        -and-

    Jacqueline L. Chung (admitted *pro hac vice*)
    Laura A. Grai (admitted *pro hac vice*)
    WHITE & CASE LLP
    1221 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 819-8200
    jacqueline.chung@whitecase.com
    laura.grai@whitecase.com

    *Counsel for Petitioners Ioan Micula, S.C. European Food S.A., S.C. Starmill S.R.L., and S.C. Multipack S.R.L.*

By: */s/ Anthony B. Ullman*
    Drew Marrocco [Bar # 453205]
    Catharine Luo (admitted *pro hac vice*)
    DENTONS US LLP
    1900 K Street, NW
    Washington, DC 20006
    Telephone: (202) 496-7500
    Facsimile: (202) 408-6399
    drew.marrocco@dentons.com
    catharine.luo@dentons.com

        -and-

    Anthony B. Ullman (admitted *pro hac vice*)
    John J. Hay (admitted *pro hac vice*)
    DENTONS US LLP
    1221 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 768-6800
    anthony.ullman@dentons.com
    john.hay@dentons.com

    *Counsel for Petitioner Viorel Micula*

---

[3]  To the extent Romania invokes the set-off as a basis for its pending Motion to Reconsider Order Granting of Attorneys' Fees on Motion to Compel Pursuant to Federal Rule of Civil Procedure 60(b) or, in the Alternative, Objection to Bill of Costs, *see* ECF Nos. 142 at 9; 150 at 4, and for its Opposition to Petitioners' Motion for a Civil Contempt Order and Sanctions, *see* ECF No. 152 at 6, 19-21, such argument should likewise be rejected.

# EXHIBIT A

**Numărul dosarului:**  378/35/2014 **Numărul vechi al dosarului:**  - **Data formării dosarului la ÎCCJ:**  09.07.2015
**Data inițială a dosarului:**  01.10.2014 **Materia juridică din care face parte obiectul dosarului:**   Contencios
administrativ şi fiscal **Secţie:**  Secţia de Contencios Administrativ şi Fiscal **Obiectul dosarului:**  contestaţie act
administrativ fiscal **Obiectele secundare ale dosarului:**  - **Stadiul procesual:**  Recurs **Stadiul procesual combinat:**
 - **Părţile din dosar:**

- SC MULTIPAK SRL - Intimat (Reclamant)

    Data emiterii ultimei comunicări (faza prealabilă judecăţii): 12.08.2015

- SC STARMIL SRL - Intimat (Reclamant)
- SC EUROPEAN FOOD SA - Intimat (Reclamant)
- MICULA IOAN - Intimat (Reclamant)

    Data emiterii ultimei comunicări (faza prealabilă judecăţii): 12.08.2015

- AGENŢIA NAŢIONALA DE ADMINISTRARE FISCALĂ - Recurent (Pârât)

    Data emiterii ultimei comunicări (faza prealabilă judecăţii): 04.10.2015

**Şedinţe de judecată:**

| Dată de şedinţă | Ora de începere a şedinţei | |
|---|---|---|
| 02.02.2017 | 11:00 | - **Complet de judecată:** Completul nr.4-NCPC-CF<br>- **Numărul documentului de soluţionare:** -<br>- **Data documentului de soluţionare:** 02.02.2017<br>- **Tipul documentului de soluţionare:** Încheiere de şedinţă<br>- **Soluţie:** Termen intermediar<br>- **Detalii soluţie:** Dispune comunicarea raportului întocmit către părţi, cu menţiunea că pot formula în scris un punct de vedere asupra raportului, în termen de 10 zile de la comunicare. |
| 16.02.2017 | 11:00 | - **Complet de judecată:** Completul nr.4-NCPC-CF<br>- **Numărul documentului de soluţionare:** -<br>- **Data documentului de soluţionare:** 16.02.2017<br>- **Tipul documentului de soluţionare:** Încheiere de şedinţă<br>- **Soluţie:** Termen intermediar<br>- **Detalii soluţie:** Dispune modificarea raportului şi comunicarea acestuia. |
| 11.05.2017 | 11:00 | - **Complet de judecată:** Completul nr.4-NCPC-CF<br>- **Numărul documentului de soluţionare:** -<br>- **Data documentului de soluţionare:** 11.05.2017<br>- **Tipul documentului de soluţionare:** Încheiere admitere in principiu<br>- **Soluţie:** Filtru - Admite în principiu cererea de recurs<br>- **Detalii soluţie:** Admite, în principiu, recursul. Fixează termen de judecată, pe fond, a recursului la data de 27 octombrie 2017, Complet 4, cu citarea părţilor. |
| 27.10.2017 | 9:00 | - **Complet de judecată:** Completul nr.4-NCPC<br>- **Numărul documentului de soluţionare:** -<br>- **Data documentului de soluţionare:** 27.10.2017<br>- **Tipul documentului de soluţionare:** Încheiere de şedinţă<br>- **Soluţie:** Amână cauza<br>- **Detalii soluţie:** - |
| 23.02.2018 | 9:00 | - **Complet de judecată:** Completul nr.4-NCPC<br>- **Numărul documentului de soluţionare:** -<br>- **Data documentului de soluţionare:** 23.02.2018<br>- **Tipul documentului de soluţionare:** Încheiere - Suspendare |

Detalii dosar

| Dată de ședință | Ora de începere a ședinței | |
|---|---|---|
| | | • **Soluție:** 413 NCPC/244 CPC<br>• **Detalii soluție:** Admite cererea. Suspendă soluționarea cauzei conform art. 413 alin. 1 pct. 1 Cod procedură civilă până la soluționarea acțiunii în anulare înregistrată pe rolul Curții de Justiție a Uniunii Europene sub nr. DT 48750. |
| 21.02.2020 | 9:00 | • **Complet de judecată:** Completul nr.4-NCPC<br>• **Numărul documentului de soluționare:** -<br>• **Data documentului de soluționare:** 21.02.2020<br>• **Tipul documentului de soluționare:** Încheiere de ședință<br>• **Soluție:** Amână cauza<br>• **Detalii soluție:** - |
| 11.10.2019 | 10:00 | • **Complet de judecată:** CC4-NCPC<br>• **Numărul documentului de soluționare:** -<br>• **Data documentului de soluționare:** 11.10.2019<br>• **Tipul documentului de soluționare:** Încheiere de ședință<br>• **Soluție:** Amână cauza<br>• **Detalii soluție:** Respinge cererea formulată de petenta Agenția Națională de Administrare Fiscală, privind preschimbarea termenului de judecată stabilit pentru data de 21 februarie 2020, în dosarul nr. 378/35/2014 al Înaltei Curți de Casație și Justiție-Secția de Contencios Administrativ și Fiscal Pronunțată în ședință publică, astăzi, 11 octombrie 2019. |
| 12.06.2020 | 9:00 | • **Complet de judecată:** Completul nr.4-NCPC<br>• **Numărul documentului de soluționare:** -<br>• **Data documentului de soluționare:** 12.06.2020<br>• **Tipul documentului de soluționare:** Încheiere - Amânare inițială a pronunțării<br>• **Soluție:** Amână pronunțarea<br>• **Detalii soluție:** Amână pronunțarea la data de 25 iunie 2020 |
| 25.06.2020 | 9:00 | • **Complet de judecată:** C4-AP<br>• **Numărul documentului de soluționare:** 2861/2020<br>• **Data documentului de soluționare:** 25.06.2020<br>• **Tipul documentului de soluționare:** Hotarâre<br>• **Soluție:** Respingere recurs - Nefondat<br>• **Detalii soluție:** Respinge recursul declarat de recurenta - pârâtă Agen?ia Na?ională de Administrare Fiscală, împotriva Sentin?ei nr. 81 din 11 mai 2015, pronunțată de Curtea de Apel Oradea - Secția a II-a civilă, de contencios administrativ și fiscal, ca nefondat. Definitivă. Pronunțată în ședință publică, astăzi, 25 iunie 2020. |

**Căi de atac:**

| Data declarării | Tip | Parte declarantă |
|---|---|---|
| 02.07.2015 | Recurs | AGENTIA NAȚIONALA DE ADMINISTRARE FISCALĂ |

Detalii dosar

Traducere din limba română (Translation from Romanian into English)

**Case file number:** 378/35/2014 **Old case file number:** - **Date of creating the case file at the HCCJ:** 09.07.2015
**The initial date of the case file:** 01.10.2014 **Legal domain due to the object matter of the case file:** Administrative and fiscal dispute **Chamber:** The Administrative and Tax Litigations Chamber **Case file object matter:** appeal of an administrative - fiscal act
**Secondary object matters of the case file:** - **Procedural stage:** Appeal **Combined Procedural Stage**
- **Parties in the case file:**

- SC MULTIPACK SRL - Respondent (Plaintiff)

  Date of issuing the last notice (the pre-trial stage): 12.08.2015

- SC STARMIL SRL - Respondent (Plaintiff)
- SC EUROPEAN FOOD SA - Respondent (Plaintiff)
- MICULA IOAN - Respondent (Plaintiff)

  Date of issuing the last notice (the pre-trial stage): 12.08.2015

- THE NATIONAL AGENCY OF TAX ADMINISTRATION - Appellant (Respondent)

  Date of issuing the last notice (the pre-trial stage): 04.10.2015

**Hearings:**

| Hearing date | Starting time of the hearing | |
| --- | --- | --- |
| 02.02.2017 | 11:00 | **Panel:** Panel no. 4-NCPC-CF<br>**Resolution document number:** -<br>**Date of the resolution document:** 02.02.2017<br>**Type of the resolution document:** Hearing Minute<br>**Solution:** Intermediary hearing date<br>**Details of the solution:** It orders the communication of the report to the parties, with the indication they can formulate a written point of view on the report, within 10 days of communication. |
| 16.02.2017 | 11:00 | **Panel:** Panel no..4-NCPC-CF<br>**Resolution document number:** -<br>**Date of the resolution document:** 16.02.2017<br>**Type of the resolution document:** Hearing Minute<br>**Solution:** Intermediary hearing date<br>**Details of the solution:** It orders the change of the report and its communication. |

CHIFOR IONELA CARMEN
traducător și interpret autorizat
limba engleză
Aut. M.J. Nr. 13506/3.08.2005

| Hearing date | Starting time of the hearing | |
|---|---|---|
| 11.05.2017 | 11:00 | **Panel:** Panel no. 4-NCPC-CF<br>**Resolution document number:** -<br>**Date of the resolution document:** 11.05.2017<br>**Type of the resolution document:** Minute of agreement in principle<br>**Solution:** Filter – It admits in principle the request to appeal<br>**Details of the solution:** It admits, in principle, the appeal. It sets the hearing date on the merits of the appeal on the 27th of October 2017, Panel 4, with the summons of the parties. |
| 27.10.2017 | 9:00 | **Panel:** Panel no. 4-NCPC<br>**Resolution document number:** -<br>**Date of the resolution document:** 27.10.2017<br>**Type of the resolution document:** Hearing Minute<br>**Solution:** Postponement of the case.<br>**Details of the solution:** - |
| 23.02.2018 | 9:00 | **Panel:** Panel no. 4-NCPC<br>**Resolution document number:** -<br>**Date of the resolution document:** 23.02.2018<br>**Type of the resolution document:** Minute - Suspension<br>**Solution:** 413 NCPC/244 CPC<br>**Details of the solution:** It admits the request. It stays the proceeding according to art. 413 para. 1 pct. 1 Code of Civil Procedure until the settlement of the annulment case pending before the Court of Justice of the European Union under no. DT 48750. |
| 21.02.2020 | 9:00 | **Panel:** Panel no. 4-NCPC<br>**Resolution document number:** -<br>**Date of the resolution document:** 21.02.2020<br>**Type of the resolution document:** Hearing Minute<br>**Solution:** Postponement of the case.<br>**Details of the solution:** - |
| 11.10.2019 | 10:00 | **Panel:** CC4-NCPC<br>**Resolution document number:** -<br>**Date of the resolution document:** 11.10.2019<br>**Type of the resolution document:** Hearing Minute<br>**Solution:** Postponement of the case<br>**Details of the solution:** It denies the request of the appellant The National Agency of Tax Administration for changing the hearing date set for the 21st of February 2020, in the case |

CHIFOR IONELA CARMEN<br>traducător și interpret autorizat<br>limba engleză<br>Aut. M.J. Nr. 13506/3.08.2005

| Hearing date | Starting time of the hearing | |
|---|---|---|
| | | file no. 378/35/2014 before the High Court of Cassation and Justice – Administrative and Tax Litigations Chamber. Ruled in public hearing, today, 11th October 2019. |
| 12.06.2020 | 9:00 | **Panel:** CC4-NCPC<br>**Resolution document number:** -<br>**Date of the resolution document:** 12.06.2020<br>**Type of the resolution document:** Hearing Minute – Initial postponement of decision<br>**Solution:** Postponement of decision<br>**Details of the solution:** It delays the decision until June 25th 2020 |
| 25.06.2020 | 9:00 | **Panel:** C4-AP<br>**Resolution document number:** 2861/2020<br>**Date of the resolution document**: 25.06.2020<br>**Type of the resolution document**: Decision<br>**Solution**: Rejection of the appeal - Ungrounded<br>**Details of the solution:** It rejects the appeal declared by the appellant-respondent the National Agency of Tax Administration against the Decision no. 81 of May 11th, 2015 issued by the Oradea Court of Appeal – Civil, Fiscal and Administrative Division II as ungrounded. Final. Issued in public session, today, June 25th, 2020 |

**Remedies at law:**

| Date of declaration | Type | Declaring party |
|---|---|---|
| 02.07.2015 | Appeal | THE NATIONAL AGENCY OF TAX ADMINISTRATION |

CHIFOR IONELA CARMEN
traducător și interpret autorizat
limba engleză
Aut. M.J. Nr. 13506/3.08.2005