# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Application of:<br><br>IOAN MICULA,<br>VIOREL MICULA,<br>S.C. EUROPEAN FOOD S.A.,<br>S.C. STARMILL S.R.L., and<br>S.C. MULTIPACK S.R.L.,<br><br>          Petitioners,<br><br>  v.<br><br>THE GOVERNMENT OF ROMANIA,<br><br>          Respondent. | Civil Action No.: 17-CV-02332-APM<br><br>**PETITIONERS' REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58(d)** |

Petitioners Ioan Micula, Viorel Micula, S.C. European Food S.A., S.C. Starmill S.R.I., and S.C. Multipack S.R.L. ("Petitioners") hereby submit their Request for Entry of Judgment pursuant to Federal Rule of Civil Procedure ("FRCP") 58(d) as follows:

1. On November 8, 2021, the Court issued and filed a Memorandum Opinion and Judgment that granted Petitioners' Motion for Judgment on Accrued Sanctions Against Romania (ECF No. 167), awarded Petitioners the amount of $1,500,000.00 against Respondent, the Government of Romania ("Romania"), with the possibility of additional sanctions if Romania continues to remain non-compliant with the Court's Orders, and denied Romania's Motion to Stay Discovery (ECF No. 170). (*See* ECF No. 174.)

2. Petitioners, pursuant to FRCP 58(d) and to avoid any potential ambiguity as to whether the Court has satisfied FRCP 58(a)'s separate document rule, read in light of *Kidd v. District of Columbia*, 206 F.3d 35 (D.C. Cir. 2000), respectfully request that the Court enter a judgment set out in a separate document. A proposed judgment is attached hereto.

[signatures on next page]

Dated: November 24, 2021
      Washington, D.C.

By: /s/ Francis A. Vasquez, Jr.
    Francis A. Vasquez, Jr. [Bar # 442161]
    F.A. VASQUEZ CONSULTING
    2109 Arrowleaf Drive
    Vienna, VA 22182
    Telephone: (571) 363-7747
    frank@favasquez.com

By: /s/ Hansel T. Pham
    Hansel T. Pham [Bar # 489203]
    WHITE & CASE LLP
    701 Thirteenth Street, N.W.
    Washington, DC 20005
    Telephone: (202) 626-3600
    hpham@whitecase.com

    -and-

Jacqueline L. Chung (admitted *pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
jacqueline.chung@whitecase.com

*Counsel for Petitioners Ioan Micula, S.C. European Food S.A., S.C. Starmill S.R.L., and S.C. Multipack S.R.L.*

By: /s/ Anthony B. Ullman
    Drew Marrocco [Bar # 453205]
    Catharine Luo (admitted *pro hac vice*)
    DENTONS US LLP
    1900 K Street, NW
    Washington, DC 20006
    Telephone: (202) 496-7500
    Facsimile: (202) 408-6399
    drew.marrocco@dentons.com
    catharine.luo@dentons.com

    -and-

Anthony B. Ullman (admitted *pro hac vice*)
John J. Hay (admitted *pro hac vice*)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6800
anthony.ullman@dentons.com
john.hay@dentons.com

*Counsel for Petitioner Viorel Micula*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IOAN MICULA,<br>VIOREL MICULA,<br>S.C. EUROPEAN FOOD S.A.,<br>S.C. STARMILL S.R.L., and<br>S.C. MULTIPACK S.R.L.,<br><br>        Petitioners,<br><br>    v.<br><br>THE GOVERNMENT OF ROMANIA,<br><br>        Respondent. | Civil Action No.: 17-cv-02332-APM<br><br>**[PROPOSED] JUDGMENT** |

For the reasons set forth in this Court's Memorandum Opinion and Judgment (ECF No. 174), this Court hereby grants Petitioners' Motion for Judgment on Accrued Sanctions Against Romania (ECF No. 167).

Judgment is hereby entered in the amount of $1,500,000.00 with the possibility of additional sanctions if Respondent, the Government of Romania ("Respondent"), continues to remain non-compliant with the Court's Orders.

In addition, Respondent's Motion to Stay Discovery (ECF No. 170) is hereby denied.

**IT IS SO ORDERED**.

Dated:

                                            Amit P. Mehta
                                  United States District Court Judge