UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the Application of

IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. STARMILL S.R.L and S.C. MULTIPACK S.R.L,

Petitioners,

v.

THE GOVERNMENT OF ROMANIA,

Respondent.

Civil Action No. 17-cv-02332 (APM)

## CIVIL NOTICE OF APPEAL

Notice is hereby given this 6th day of December 2021, that Respondent, The Government of Romania, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered in favor of all Petitioners and against Respondent The Government of Romania in the Court's Memorandum Opinion and Order, issued on the 8th day of November 2021 [Dkt. No. 174] granting Petitioners' [167] Motion for Judgment on Accrued Sanctions and denying Respondent's [170] Motion to Stay Discovery and the Separate Order of this Court entered in favor of all Petitioners and against Respondent The Government of Romania in the Court's Memorandum Opinion and Order, issued on the 24th day of November 2021 [Dkt. No. 176] granting Petitioners' [175] Request for Entry of Judgment pursuant to Federal Rule of Civil Procedure ("FRCP") 58(d).

THE GOVERNMENT OF ROMANIA

By: _____/s/ Ioana Salajanu_____
Ioana Salajanu

- 2 -

Ioana Salajanu
7620 Kildare Avenue Suite 200
Skokie, IL 60076
Telephone: (773) 875-5438
Email:salajanui@yahoo.com

*Attorney for the Government of Romania*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on December 6, 2021 a copy of the foregoing CIVIL NOTICE OF APPEAL was served via the ECF System to all counsel of record and by email to the following persons:

>Francis A. Vasquez, Jr.
>F.A. Vasquez Consulting
>frank@favasquez.com
>
>Jacqueline L. Chung
>White & Case
>1221 Avenue of the Americas
>New York, NY 10020
>jacqueline.chung@whitecase.com
>
>Anthony Ullman
>DENTONS US LLP
>1900 K Street, NW
>Washington, DC 20006
>athony.ullman@dentons.com


>By: /s/ Ioana Salajanu
>        Ioana Salajanu

*Attorneys for the Government of Romania*