UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Application of<br><br>IOAN MICULA,<br>VIOREL MICULA,<br>S.C. EUROPEAN FOOD S.A.,<br>S.C. STARMILL S.R.L., and<br>S.C. MULTIPACK S.R.L.,<br><br>         *Petitioners*,<br><br> v.<br><br>THE GOVERNMENT OF ROMANIA,<br><br>         *Respondent*. | Civil Action No. 17-CV-02332-APM |

**PETITIONERS' OPPOSITION TO THE EUROPEAN COMMISSION'S MOTION FOR LEAVE TO FILE AN AMICUS CURIAE REPLY**

  Petitioners Ioan Micula, Viorel Micula, S.C. European Food S.A., S.C. Starmill S.R.L., and S.C. Multipack S.R.L. (collectively, "Petitioners") respectfully oppose the European Commission's ("EC") motion for leave to file an amicus curiae reply to Petitioners' Memorandum of Law in Response to the Brief of Amicus Curiae The European Commission in Support of Romania's Rule 60(b) Motion.

**BACKGROUND**

  On March 29, 2022, Romania filed a Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(4), (5), and (6). ECF No. 181 ("Romania's Rule 60(b) Motion"). Petitioners filed an Opposition to Romania's Rule 60(b) Motion on April 26, 2022, ECF No. 184 ("Opposition"), and Romania filed its reply on May 17, 2022, ECF No. 190.

  After obtaining leave from this Court, the EC filed its Brief of Amicus Curiae in Support of Romania's Rule 60(b) Motion, also on May 17, 2022. ECF No. 191 ("Amicus Brief"). On June

24, 2022, after this Court granted Petitioners' leave to respond to the EC's Amicus Brief, Petitioners filed their Memorandum of Law in Response to the Amicus Brief. ECF No. 195 ("Response"). The EC now requests leave to file a reply in support of its Amicus Brief. ECF No. 196.

**ARGUMENT**

The EC's motion for leave to file a reply in support of its Amicus Brief should be denied. This Court does not need a sixth brief to adjudicate the issues raised in connection with Romania's Rule 60(b) Motion (Romania and the EC have filed three briefs collectively, and Petitioners have filed two). The EC is not a party to these proceedings and should not be permitted to use its proposed reply to attempt to have the final word on the issues relevant to Romania's Rule 60(b) Motion or to raise arguments on Romania's behalf, especially when all of the relevant issues have been fully briefed by both sides. *See Crummey v. Social Security Admin.*, 794 F. Supp. 2d 46, 63 (D.D.C. 2011), *aff'd* per curiam, 2012 WL 556317 (D.C. Cir. Feb. 6, 2012) (If responding *ad nauseam* to fully briefed arguments was permitted, "briefing would become an endless pursuit."); *Bigwood v. U.S. Dep't of Def.*, 132 F. Supp. 3d 124, 154 (D.D.C. 2015) ("In general, sur-replies are 'disfavored'" particularly where the reply did not expand the scope of the issues presented in the briefing.) (quoting *Glass v. Lahood*, 786 F. Supp. 2d 189, 231 (D.D.C. 2011)).

The EC asserts that it should be granted leave to file a reply to rebut six arguments that, according to the EC, Petitioners raised for the first time in their Response. EC Mot. at 1. With one small exception, discussed below, the EC is incorrect. Five of the six arguments the EC identifies are not new. They either were raised (1) in Petitioners' Opposition, to which the EC had the opportunity to respond in its Amicus Brief and Romania had the opportunity to address in its reply, or (2) in direct response to arguments made by the EC itself in its Amicus Brief.

2

Specifically, as to paragraphs 4.a and 4.b of the EC's motion for leave, in their Opposition, Petitioners addressed (1) the finality of the CJEU Decision[1] and the effect of the remand of the European proceedings to the General Court and (2) whether the General Court's June 18, 2019 decision was "foundational" to the Judgment.  *See* ECF No. 184 at 29-31, 35-38.  And, as to paragraphs 4.d, 4.e, and 4.f in the EC's motion for leave, Petitioners' arguments in their Response regarding (1) the applicability of principles of comity; (2) the relationship between Articles 27 and 54 of the ICSID Convention and their relevance to these proceedings; and (3) the notes verbales exchanged between Sweden and Romania regarding the validity of the pre-accession arbitration agreement were properly made in direct response to the arguments advanced in the EC's Amicus Brief and did not raise any new issues.  *Compare* EC Br. at 3, 9, 12-16, 21-23 *with* Pet. Resp. at 10-18.  Thus, none of the arguments above made in Petitioners' Response was "new".

The sole exception, *see* EC Mot. ¶ 4.c, is Petitioners' reference in a footnote to the recent Supreme Court decision *Kemp v. United States*, 142 S. Ct. 1856 (2022), which held that a mistake of law is properly challenged under Rule 60(b)(1) only.[2]  This Court, however, is more than competent to consider and reach its own conclusions about the import of *Kemp*.  It is not the EC's role to make arguments about *Kemp* on Romania's behalf, nor does the EC, as the institution that claims to be "responsible for ensuring the proper application of the *EU treaties*," ECF No. 187 ¶ 1 (emphasis added), have any expertise in U.S. civil procedure that could be of benefit to the Court.  In short, what the EC as a non-party thinks about *Kemp* or its application here is simply not relevant.

---

[1] Terms not otherwise defined in this opposition have the meaning attributed to them in Petitioners' Response.

[2] Petitioners also filed a notice of supplemental authority in support of their Opposition to Romania's Rule 60(b) Motion to notify the Court about the decision.  ECF No. 194.

...
...

## CONCLUSION

For the foregoing reasons, the Court should deny the EC's motion for leave to file a reply in support of its Amicus Brief.

Dated: July 14, 2022
Washington, D.C.

By: */s/ Francis A. Vasquez, Jr.*
Francis A. Vasquez, Jr. [Bar # 442161]
F.A. VASQUEZ CONSULTING
2109 Arrowleaf Drive
Vienna, VA 22182
Telephone: (571) 363-7747
frank@favasquez.com

By: */s/ Hansel T. Pham*
Hansel T. Pham [Bar # 489203]
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
hpham@whitecase.com
fvasquez@whitecase.com

-and-

Jacqueline L. Chung (admitted *pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
jacqueline.chung@whitecase.com

*Counsel for Petitioners Ioan Micula, S.C. European Food S.A., S.C. Starmill S.R.L., and S.C. Multipack S.R.L.*

By: */s/ Anthony B. Ullman*
Drew Marrocco [Bar # 453205]
Catharine Luo (admitted *pro hac vice*)
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7500
Facsimile: (202) 408-6399
drew.marrocco@dentons.com
catharine.luo@dentons.com

-and-

Anthony B. Ullman (admitted *pro hac vice*)
John J. Hay (admitted *pro hac vice*)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6800
anthony.ullman@dentons.com
john.hay@dentons.com

*Counsel for Petitioner Viorel Micula*