AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Micula ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-cv-2332-APM |
| Romania ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus curiae the European Commission.

Date: March 5, 2024

/s/Christina Lamoureux
*Attorney's signature*

Christina Lamoureux, 1658743
*Printed name and bar number*
Squire Patton Boggs (US) LLP
2550 M Street NW
Washington, DC 20037

*Address*

christina.lamoureux@squirepb.com
*E-mail address*

(202) 457-6000
*Telephone number*

(202) 457-6315
*FAX number*