# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IOAN MICULA, ET AL.,

*Petitioner*,

v.

Case No.: 1:17-cv-02332-APM

THE GOVERNMENT OF ROMANIA,

*Respondent*.

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.6(c), Dimitar P. Georgiev-Remmel ("Georgiev-Remmel"), counsel for *amicus curiae* the European Commission, moves this Court to withdraw his appearance in this matter. In support of this motion, Georgiev-Remmel certifies as follows:

1. On March 29, 2022, Romania moved for relief from judgment pursuant to Fed. R. Civ. P. Rule 60.  Dkt. No. 181.  On April 29, 2022, Georgiev-Remmel entered appearance on behalf of *amicus curiae* the European Commission.  Dkt. No. 185. Thereafter, the European Commission moved for leave to file an *amicus curiae* brief, which was entered on May 17, 2022.  *See* Dkt. Nos. 187, 191.  On December 22, 2022, this Court denied Romania's.  Dkt. No 203.  On February 28, 2024, the U.S. Court of Appeals for the D.C. Circuit heard oral argument in Romania's appeal of that decision. *See Micula v. Romania*, Case No. 23-7008.

2. On March 8, 2024, Georgiev-Remmel will depart from Squire Patton Boggs (US) LLP.

3. Georgiev-Remmel's withdrawal is without prejudice to the European Commission because Squire Patton Boggs attorneys Stephen Anway and Christina Lamoureux will

continue representing the European Commission in this matter.  *See* Dkt. Nos 186, 188, 217.

4.  Georgiev-Remmel has notified the European Commission in writing of his intent to withdraw.  The European Commission has consented to this motion for withdrawal.

5.  This motion for withdrawal is not made for purposes of unduly delaying this case, or to unfairly prejudice any party, or otherwise not in the interest of justice.

For these reasons, Georgiev-Remmel respectfully requests that the Court grant this motion and withdraw his appearance in this matter.

Respectfully submitted,

March 5, 2024
Washington, DC

/s/ Dimitar P. Georgiev-Remmel

Dimitar P. Georgiev-Remmel, DC Bar No. 1656702
Squire Patton Boggs (US) LLP
2550 M Street NW
Washington, DC 20037
Telephone: (202) 457 – 6506
dimitar.georgiev@squirepb.com

*Attorney for* Amicus Curiae
*The European Commission*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all attorneys of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

March 5, 2024
Washington, DC

/s/ Dimitar P. Georgiev-Remmel

Dimitar P. Georgiev-Remmel, DC Bar No. 1656702
Squire Patton Boggs (US) LLP
2550 M Street NW
Washington, DC 20037
Telephone: (202) 457 – 6506
dimitar.georgiev@squirepb.com

*Attorney for* Amicus Curiae
*The European Commission*