UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IOAN MICULA, et al., ) ) ) Petitioners, ) ) v. ) ) GOVERNMENT OF ROMANIA, ) ) Respondent. ) ) | Case No. 17-cv-02332 (APM) |

### ORDER

Pursuant to the status conference held on July 16, 2024, the court orders the following with regard to further proceedings in this matter:

1. This matter is referred to Magistrate Judge G. Michael Harvey for mediation for a period of 90 days. The scope of mediation shall include the parties' outstanding discovery disputes and resolving the case as a whole.

2. The parties shall file a Joint Status Report on or before **August 30, 2024**, which addresses: (a) the status of the mediation and settlement discussions; (b) whether the parties believe they would benefit from additional time for mediation and/or settlement discussions; and (c) any other information that the parties believe the court should know.

3. If the parties reach a settlement before **August 30, 2024**, they shall promptly inform the court.

2

Dated: July 17, 2024

Amit P. Mehta
United States District Court Judge