**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In the Matter of the Application of | ) | |
| | ) | |
| IOAN MICULA, VIOREL MICULA, | ) | |
| S.C. EUROPEAN FOOD S.A., | ) | |
| S.C. STARMILL S.R.L., and | ) | |
| S.C. MULTIPACK S.R.L., | ) | Civil Action No. 17-CV-02332-APM |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE GOVERNMENT OF ROMANIA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**RESPONSE TO PETITIONERS' MOTION FOR THIRD JUDGMENT ON ACCRUED
SANCTIONS AGAINST ROMANIA**

Respondent the Government of Romania ("Romania") respectfully submits this response

to Petitioners' Motion for Third Judgment on Accrued Sanctions against Romania, ECF 239.

Romania observes that although the D.C. Circuit has held that a district court has

jurisdiction to impose sanctions on a foreign state, it has not determined whether a foreign state's

presumption of sovereign immunity precludes enforcement of such sanctions. *See FG Hemisphere

Assocs., LLC v. Democratic Republic of Congo*, 637 F.3d 373, 377 (D.C. Cir. 2011) ("[I]t is not

anomalous to divide . . . the question of a court's power to impose sanctions from the question of

a court's ability to enforce that judgment through execution."); *id.* at 379 n.2 ("The government

requests that we give deference to its conclusion that the FSIA does not permit a court to *enforce* a

contempt sanction. But that is not the issue before us . . . .") (emphasis in original); *In re Grand

Jury Subpoena*, 912 F.3d 623, 633 (D.C. Cir. 2019) (determining that the enforceability of a district

court's contempt order against a corporation with foreign sovereign status was "a question for a later day").

Romania expressly reserves all rights, including without limitation in regard to the Court's subject matter jurisdiction to enforce a judgment on accrued sanctions.  *See In re Grand Jury Subpoena No. 7409*, 2019 U.S. Dist. LEXIS 87324, *5 (D.D.C. Jan. 24, 2019) ("At the point [a party] seeks a section 1610(c) order, the enforceability question may be ripe.").

Dated: September 26, 2025

Respectfully submitted,

By:    /s/ Ioana Salajanu

Ioana Salajanu
SLV Legal
1 East Erie Street, Suite 525-2142
Chicago, IL 60611
(773) 875-5438
ioana@slvlegal.info

Andrew B. Loewenstein
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210617-832-1000
aloewenstein@foleyhoag.com

A. Tafadzwa Pasipanodya
FOLEY HOAG LLP
1717 K St. NW
Washington, DC 20006-5350
tpasipandoya@foleyhoag.com

*Counsel for Respondent*
*The Government of Romania*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 26, 2025, I caused a true and correct copy of the foregoing to be filed using the Court's Electronic Case Filing System ("ECF").  The document is available for review and downloading via the ECF system, and will be served by operation of the ECF system upon all counsel of record.

/s/ Ioana Salajanu
Ioana Salajanu