**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **IOAN MICULA, et al.,** | ) | |
| | ) | |
| **Petitioners,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 17-cv-02332 (APM)** |
| | ) | |
| **GOVERNMENT OF ROMANIA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

## ORDER AND THIRD JUDGMENT OF ACCRUED SANCTIONS

Between 2020 and 2021, this court entered orders of civil contempt sanctions and accrued sanctions against Respondent Government of Romania for its prolonged failure to comply with the court's post-judgment discovery order to answer certain interrogatories.  Mem. Op. & Order, ECF No. 159, at 16; Separate J., ECF No. 176.  Romania thereafter appealed, and the D.C. Circuit affirmed both orders.  *See Micula v. Gov't of Romania*, No. 20-7116, 2022 WL 2281645 (D.C. Cir. June 24, 2022); *Micula v. Gov't of Romania*, No. 21-7139, 2023 WL 2127741 (D.C. Cir. Feb. 21, 2023).  Then, on November 7, 2024, this court entered a second judgment of accrued sanctions against Romania in the amount of $13.7 million ("Second Judgment").  Order & J., ECF No. 231, at 4–5.  That amount represented a portion of the total sanctions that had accrued between August 2, 2021, and August 23, 2024, due to Romania's continued defiance of the court's discovery order. *See id.* at 1, 4.  Perhaps sensing the futility of further review, Romania did not appeal the Second Judgment.

Petitioners now seek entry of a Third Judgment of accrued sanctions in the amount of $5.8 million. *See* Pet'rs' Mot. for Third J. on Accrued Sanctions Against Romania, ECF No. 239

[hereinafter Pet'rs' Mot.].  That sum represents the sanctions that have accrued over a 58-week period starting August 23, 2024—the end date of the Second Judgment period—and ending October 3, 2025.  *Id.* at 1; Pet'rs' Mot., Decl. of Anthony B. Ullman in Supp. of Pet'rs' Mot., ECF No. 239-2 [hereinafter Ullman Decl.], ¶ 17.

Romania persists in its non-compliance.  It has done nothing to purge itself of contempt since entry of the Second Judgment.  Ullman Decl. ¶ 16.  Romania makes no effort to explain its continued intransigence; nor does it dispute that a Third Judgment of accrued sanctions is merited.  *See generally* Resp't's Resp. to Pet'rs' Mot., ECF No. 240.  Its response simply preserves its right to challenge any effort by Petitioners to enforce the sanctions judgments—something Petitioners have yet to request.  *Id.*  Romania thus has effectively conceded the propriety of an additional sanctions award.  *See, e.g.*, *Kim v. Fin. Indus. Regul. Auth., Inc.*, 698 F. Supp. 3d 147, 168 (D.D.C. 2023) ("If a party fails to counter an argument that the opposing party makes in a motion, the court may treat that argument as conceded." (citation omitted)).

Accordingly, the court hereby grants Petitioners' Motion, ECF No. 239, and enters judgment against Romania in the amount of $5.8 million.  Romania's continued refusal to comply with this court's orders may result in the entry of an additional award of sanctions, including for any continued non-compliance since October 4, 2025.

Dated:  April 14, 2026

Amit P. Mehta
United States District Judge