**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IOAN MICULA, ET AL.,<br><br>*Petitioner*,<br><br>v.<br><br>THE GOVERNMENT OF ROMANIA,<br><br>*Respondent*. | Case No. 1:17-cv-02332-APM |

# MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.6(c), Christina M. Lamoureux, counsel for *amicus curiae* the European Commission, moves this Court to withdraw her appearance in this matter. In support of this motion, Ms. Lamoureux certifies as follows:

1. Ms. Lamoureux no longer works at Squire Patton Boggs (US) LLP.
2. Ms. Lamoureux's departure is without prejudice to the European Commission because the European Commission will continue to be represented by Squire Patton Boggs attorney Stephen Anway.
3. Ms. Lamoureux has notified the European Commission in writing of her intent to withdraw. The European Commission has consented to this motion for withdrawal.
4. This motion for withdrawal is not made for purposes of unduly delaying this case, or to unfairly prejudice any party, or otherwise not in the interest of justice.

For these reasons, Christina M. Lamoureux respectfully requests that the Court grant this motion and withdraw her appearance in this matter.

Dated: May 13, 2026 Respectfully submitted,

/s/ Christina M. Lamoureux
Christina M. Lamoureux
DC Bar No. 1658743
LEVY FIRESTONE MUSE LLP
900 17th St. NW, Ste. 605
Washington DC 20006
Tel: 202-845-3215
Fax: 202-595-8253
christinal@levyfirestone.com

*Attorney for* Amicus Curiae
*The European Commission*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all attorneys of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/Christina M. Lamoureux*
Christina M. Lamoureux