AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Viorel Micula et al. | ) | |
| ~~Plaintiff~~ *Petitioners* | ) | |
| v. | ) | Case No. 1:17 cv 02332 APM |
| Government of Romania | ) | |
| ~~Defendant~~ *Respondent* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Petitioner Viorel Micula .

Date: 07/21/2026

*Attorney's signature*

Luke Sobota, 477395
*Printed name and bar number*

3000 K St NW Ste 101
Washington, DC 20007

*Address*

luke.sobota@threecrownsllp.com
*E-mail address*

(202) 270-8105
*Telephone number*

n/a
*FAX number*