**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

In the Matter of the Application of

IOAN MICULA,
VIOREL MICULA,
S.C. EUROPEAN FOOD S.A.,
S.C. STARMILL S.R.L., and
S.C. MULTIPACK S.R.L.,

*Petitioners*,

v.

THE GOVERNMENT OF ROMANIA,

*Respondent.*

Civil Action No. 17-CV-02332-APM

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated August 18, 2026, Petitioners Ioan Micula, Viorel Micula, S.C. European Food S.A., S.C. Starmill S.R.L., and S.C. Multipack S.R.L. ("Petitioners"), and Respondent, the Government of Romania ("Romania" and, with Petitioners, the "Parties"), by and through respective counsel, hereby submit this status report regarding further proceedings in this matter.

The Parties have exchanged emails further to their discussions prior to the last status conference. Romania's counsel reports that Romania has and will continue to engage in direct discussions with the European Commission ("EC") to explore avenues to resolve the US Judgment and sanction obligations, while adhering to its duties as an European Union member state. Petitioners have asked for a summary of Romania's communications with the European Commission ("EC"). Romania informed Petitioners of its inability to disclose such details at this time, but confirmed that Romania is seeking to explore avenues to resolve the US Judgment and

sanction obligations, while adhering to its duties as an European Union member state. Romania reports that it will be able to provide details of its discussion with the EC, when authorized to do so. Petitioners have also requested that Romania refrain from any further litigation in Romania with respect to clawing back amounts already paid. Romania is currently considering that request and will revert to Petitioners. Petitioners would like the Court to know that they are dissatisfied with the current state of affairs and lack of progress, and are therefore considering their options, which may include further actions in this proceeding. The Parties propose that the Court order another Joint Status report in 60 days' time.

Dated: October 16, 2026
Washington, D.C.

By: *<u>/s/ Francis A. Vasquez, Jr.</u>*
Francis A. Vasquez, Jr. [Bar # 442161]
F.A. VASQUEZ CONSULTING
2109 Arrowleaf Drive
Vienna, VA 22182
Telephone: (571) 363-7747
frank@favasquez.com

By: *<u>/s/ Hansel T. Pham</u>*
Hansel T. Pham [Bar # 489203]
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
hpham@whitecase.com
fvasquez@whitecase.com

-and-

Jacqueline L. Chung [Bar # NY0581]
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
jacqueline.chung@whitecase.com

*Counsel for Petitioners Ioan Micula, S.C. European Food S.A., S.C. Starmill S.R.L., and S.C. Multipack S.R.L.*

-and-

By: *<u>/s/ Anthony B. Ullman</u>*
Anthony B. Ullman (admitted *pro hac vice*)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6800
anthony.ullman@dentons.com
john.hay@dentons.com

-and-

Catharine Luo [Bar # 1697958]
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7500
Facsimile: (202) 408-6399
drew.marrocco@dentons.com
catharine.luo@dentons.com

*Counsel for Petitioner Viorel Micula*

-and-

By: *<u>/s/ Ioana Salajanu</u>*
Ioana Salajanu
SLV Legal
1 East Erie Street, Suite 425
Chicago, IL 60611
Telephone: +1 773.875.5438
Ioana@slvlegal.info

Andrew Loewenstein
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Tel:+1 617.832.3015
Email: aloewens@foleyhoag.com

A. Tafadzwa Pasipanodya
Foley Hoag LLP
1717 K St NW
Washington DC 20006
Tel:+1 202.223.1200
Email: Tpasipanodya@foleyhoag.com

*Counsel for the Government of Romania*